# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1124
Lower Tribunal No. 2024-CA-001070

_____

THE COLONY AT PELICAN LANDING FOUNDATION, INC.,

Appellant,

v.

STEVEN W. VAUGHN and LOUISA T. VAUGHN, as Trustees for the LOUISA T. VAUGHN TRUST, DANIEL B. AHLBERG as Trustee for the AHLBERG TRUST, MARK S. STAUDER, SUSAN M. STAUDER, and BEB REALTY HOLDINGS, LLC,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
James Shenko, Judge.

July 7, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WHITE, JJ., concur.


Devin N. Gobin and Christian W. Waugh, of Waugh PLLC, Orlando, for Appellant.

Connor J. Stone and D. Keith Wickenden, of Gunster, Yoakley & Stewart, P.A., Naples, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED